# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NOS. CR F 85-0167 LJO and CV F 09-0497 |
| Plaintiff, | **ORDER ON DEFENDANT'S LETTER** |
| vs. | (Doc. 1.) |
| BENNIE DUNGAN, | |
| Defendant. | |

This Court has reviewed defendant's April 15, 2009 letter, which this Court construes to request assistance as to the U.S. Parole Commission's treatment of plaintiff's potential parole. This Court is unable to assist defendant in the matter and urges defendant to contact the U.S. Parole Commission directly.

IT IS SO ORDERED.

**Dated: April 23, 2009**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

1